# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| IN RE: | |
|---|---|
| | **UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND** |
| SAVANNAH R SCHOLLMEYER | |
| Debtor(s) | **CASE NO. BKY 20-30122 WJF** |

Gregory A. Burrell, Chapter 13 Trustee, reports that distributions to Savannah R Schollmeyer in the amount of $3,953.79, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Savannah R Schollmeyer | | $3,953.79 |
| 684 Nebraska Avenue E | | |
| St Paul, MN 55106 | | |

ACCOUNT NUMBER:
Refund

Please be advised that the original check was mailed to the claimant on or about September 29, 2020. Pursuant to Local Rule 3011-1(b), the Trustee submits this report and states that he has been unable to locate the creditor who filed the claim despite having made reasonable efforts to do so.

**Gregory A. Burrell, Trustee**

Dated: February 25, 2021

/s/ Gregory A. Burrell/djb
Gregory A. Burrell, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee